**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| COAST TO COAST ENGINEERING SERVICES, INC. (d/b/a CRITERIUM ENGINEERS)<br><br>      Plaintiff,<br><br>v.<br><br>RL ENGINEERING, INC. (d/b/a CRITERIUM-LISZKAY ENGINEERS and FORMA ENGINEERING), ADAM RICH, P.E., and PETER LOHMANN,<br><br>      Defendants. | Civil No. _____ |

## PLAINTIFF COAST TO COAST ENGINEERING SERVICES, INC. (d/b/a CRITERIUM ENGINEERS) RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for the Plaintiff Coast to Coast Engineering Services, Inc. (d/b/a Criterium Engineers), hereby states that Plaintiff Coast to Coast Engineering Services, Inc. (d/b/a Criterium Engineers), is a Maine corporation. Coast to Coast Engineering Services, Inc. (d/b/a Criterium Engineers) has no parent corporation, and no publicly held corporation owns 10% or more of its shares.  The sole member of Coast to Coast Engineering Services, Inc. (d/b/a Criterium Engineers) is Coast to Coast Engineering Services, Inc. (d/b/a Criterium Engineers), a Maine corporation with its principal place of business in Freeport, Maine.

Dated: April 22, 2026

                            Respectfully submitted,

                            */s/ Timothy Bryant*
                            Timothy J. Bryant, Esq. (Bar No. 7736)

1

2

PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME, 04112-9546
(207) 791-3000
tbryant@preti.com

2

25587025.1